# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Solly Ringo's LLC
                    Plaintiff,

v.                                          Case No.: 3:22–cv–50054
                                                    Honorable Philip G. Reinhard

Society Insurance
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 13, 2023:

      MINUTE entry before the Honorable Philip G. Reinhard: Based on the stipulation [54] of the parties, this case is voluntarily dismissed with prejudice, in its entirety, with each party to bear its own costs and attorney's fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions are moot. This case is closed. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.